# EXHIBIT E

30

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
Civil Action No.: 2173-CV-00120

RYAN WELTER, M.D., Ph.D.,

    Plaintiff,

v.

MEDICAL PROFESSIONAL MUTUAL
INSURANCE COMPANY d/b/a COVERYS,
and JOSEPH DICKERSON,

    Defendants.

**BRISTOL, SS SUPERIOR COURT**
**FILED**

**FEB  7 2022**

**MARC J. SANTOS, ESQ.**
**CLERK/MAGISTRATE**

## JOINT MOTION TO CONTINUE HEARING

Plaintiff Ryan Welter, M.D., Ph.D, with the agreement of the defendants Medical Professional Mutual Insurance Company d/b/a Coverys ("Coverys") and Joseph Dickerson, respectfully move the Court for a continuance of the hearing on defendants' motions to dismiss currently scheduled for 2:00 P.M. on February 10, 2022, to March 3, 2022. The parties understand that the Court has the date of March 3, 2022 available for the hearing. As grounds therefore, the plaintiff states as follows:

1.    Plaintiff's counsel, Michael F. Connolly, Esq., contracted COVID-19 in late January 2022. As a result, Attorney Connolly suffered complications affecting his ears, nasal cavity and throat, and has ear surgery scheduled this week.

2.    Defendants in this action have agreed to the continuance sought by this motion. This is the only time that a continuance has been requested and the parties understand that March 3, 2022 is available for this hearing.

1

3058429_1