UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. RYAN WELTER, M.D., PH. D.

        Plaintiff,

v.

MEDICAL PROFESSIONAL MUTUAL
INSURANCE COMPANY *d/b/a* COVERYS,
JOSEPH DICKERSON,
GREGG HANSON, and BRENDA
RICHARDSON,

        Defendants.

1:22-cv-11047-PBS

**DEFENDANTS' JOINT MOTION TO EXTEND THE TIME TO RESPOND TO THE
<u>SECOND AMENDED COMPLAINT</u>**

Defendants Medical Professional Mutual Insurance Company d/b/a Coverys ("Coverys") and Joseph Dickerson ("Mr. Dickerson" with Coverys, "Defendants") jointly move to extend the time for Defendants to respond to Plaintiff Dr. Ryan Welter's ("Dr. Welter") Second Amended Complaint to July 29, 2022.  In support of the Motion, Defendants state the following:

Coverys removed this action from the Massachusetts Superior Court for Bristol County on June 30, 2022 pursuant to 28 U.S.C. § 1331—federal question jurisdiction.  Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendants' deadline to respond to the Second Amended Complaint is seven days from removal, or July 7, 2022.   However, counsel for Mr. Dickerson is currently out of the country on vacation until July 16, 2022.  Likewise, one of Coverys' counsel is on his honeymoon until July 17, 2022 and the other is returning from vacation on July 6, 2022.  Therefore, more time is needed for the Defendants to appropriately respond to the Second Amended Complaint.

1

WHEREFORE, Defendants respectfully request that this Court extend the time for them to respond to the Second Amended Complaint up to and including July 29, 2022, and grant them any further and different relief this Court deems equitable and just.

| COVERYS | JOSEPH DICKERSON. |
|---|---|
| By its attorneys, | By his attorney, |
| | |
| */s/ Geoffrey M. Raux* | /s/ *Michael R. Stanley* |
| Geoffrey M. Raux (BBO # 674788) | Michael R. Stanley (BBO No. 680957) |
| FOLEY & LARDNER LLP | DEMEO LLP |
| 111 Huntington Avenue | 66 Long Wharf |
| Boston, MA 02199 | Boston, MA 02110 |
| Phone: 617-342-4000 | Tel: (617) 263-2600 |
| Fax: 617-342-4001 | Fax: (617) 263-2300 |
| graux@foley.com | Email: mstanley@demeollp.com |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 5th day of July 2022 through the ECF filing system and will be sent electronically to all counsel of record identified as registered participants on the associated Notice of Electronic Filing and mailed by U.S. Mail to all non-registered parties.

*/s/ Michael R. Stanley*

## RULE 7.1 CERTIFICATION

IT IS CERTIFIED that on June 30, 2022, prior to leaving for vacation, counsel for Mr. Dickerson spoke with Plaintiff about the relief sought in this motion. Initially, Plaintiff assented to the relief sought. Later, after having already departed the country, counsel for Mr. Dickerson received an email from Plaintiff rescinding his assent, thereby requiring this motion to be filed as contested.

*/s/ Michael R. Stanley*

2