UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN WELTER M.D., PH.D., <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL PROFESSIONAL MUTUAL INSURANCE COMPANY *dba* COVERYS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 22-cv-11047-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS

LEVENSON, M.J.

**INTRODUCTION**

Before the Court are the various defendants' motions pursuant to Fed. R. Civ. P. 12(b)(6)

to dismiss the Second Amended Complaint ("SAC") (Docket No. 1-5) of Plaintiff Ryan Welter,

M.D., Ph. D. ("Dr. Welter").[1]

One motion to dismiss has been filed jointly by Defendants Medical Professional Mutual

Insurance Company d/b/a Coverys ("Coverys"), Dr. Brenda Richardson, and Gregg Hanson

---

[1] This case was removed from Bristol County Superior Court, a division of the Trial Court of the Commonwealth of Massachusetts, where it was docketed as Superior Court Civil Action No. 2173CV00120. The SAC appears on the docket of that court and is dated June 10, 2022. Sup. Ct. #60.

The five volumes of the Superior Court docket (comprising some 977 pages in all) are found in the docket of this case as Docket No. 24. To minimize confusion with docket numbers used in this Court, I will refer to materials from the Superior Court docket as "Sup. Ct.," with their original docket numbers preceded by the "#" sign. Thus, a numbered document such as the original *pro se* Complaint would be "Sup. Ct. #1." Unnumbered docket entries are designated by date only, so Plaintiff's Appearance *Pro Se* would be designated "Sup. Ct. 02/12/2021."

3/10/23 after a review of the objections, the Court adopts the report and recommendation on the motions to dismiss. The Court dismisses with prejudice Counts 1, 2 (the federal claim) and 9 of my Second amended complaint. the action is remanded to Bristol County Superior court to address the remaining [Sc...]