**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RYAN WELTER M.D., Ph.D.
   Plaintiff

                                 CIVIL ACTION NO.
   V.
                                 1:22-11047-PBS

MEDICAL PROFESSIONAL
   MUTUAL INS.
   COMPANY,ET AL
   Defendants

## ORDER OF REMAND

SARIS, D.J.

     In accordance with the Court's Order dated March 10, 2023, adopting the report and recommendation, it is hereby ORDERED that the above-entitled action be remanded to Bristol Superior Court to address the remaining state law claims.

                             SO ORDERED.

                             By the Court,

 3/10/2023                         /s/ Clarilde Karasek

     Date                           Deputy Clerk