

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Robert M. Farrell**
CLERK OF COURT

**TO:  Office of the Clerk**                                  **RE:**

Bristol  Superior Court                              CIVIL ACTION #.  1:22-11047-PBS

9 Court Street

Taunton,  MA 02780

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on March 10, 2023 by the Honorable  Judge Patti. B. Saris
The following documents are included in our file and transmitted herewith:

(X  )   Certified copy of the docket entries;

( X  )   Certified copy of Order of Remand;

( X  )   Original documents numbered 1-90

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

ROBERT M. FARRELL
CLERK

Date:    3/10/2023                              /s/Clarilde Karasek
                                                         Deputy Clerk

The documents listed above were received by me on _____ and assigned

the following case number:_____.

By:_____
                                                         Deputy Clerk