# United States Court of Appeals
## For the First Circuit

No. 23-1243

RYAN WELTER, M.D., PH.D.,

Plaintiff - Appellant,

v.

MEDICAL PROFESSIONAL MUTUAL INSURANCE COMPANY, d/b/a Coverys,
JOSEPH DICKERSON; GREGG HANSON; BRENDA RICHARDSON,

Defendants - Appellees.

**MANDATE**

Entered: April 25, 2024

In accordance with the judgment of February 29, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Geoffrey M. Raux
Michael R. Stanley
Ryan Welter